UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MELISSA MORITZ,<br><br>       Plaintiff-Relator,<br><br>v.<br><br>MEDTRONIC PLC and MEDTRONIC USA, INC.,<br><br>       Defendants. | CIVIL ACTION NO.<br><br>1:20-CV-02017-SEG |

## **O R D E R**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court **DIRECTS** the Clerk to **REOPEN** this case.

**SO ORDERED** this 7th day of October, 2025.

_____
SARAH E. GERAGHTY
United States District Judge